ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-18 LB |
| Plaintiff, | NOTICE OF DISMISSAL AND [PROPOSED] ORDER GRANTING LEAVE TO DISMISS THE INFORMATION |
| v. | |
| BRANDON PAUL FAJARDO, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED:                                           Respectfully submitted,

                                                    ALEX G. TSE
                                                    United States Attorney

                                                    /s/
                                                    LAURA VARTAIN
                                                    Deputy Chief, Criminal Division

NOTICE OF DISMISSAL (18-CR-18 LB)

[~~PROPOSED~~] **ORDER**

Leave is granted to the government to dismiss the Information.

IT IS SO ORDERED.

DATED: October 18, 2018

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge

NOTICE OF DISMISSAL (18-CR-18 LB)